**ORDER/COVER SHEET**

TO:        **Honorable Nathanael M. Cousins**       RE:   **Quran Mabon**
                **Chief United States Magistrate Judge**

FROM:     **Silvio Lugo, Chief**            Docket No.:   **4:25-cr-00401-JST-1**
               **U.S. Pretrial Services Officer**

Date:      **1/31/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Gustavo Rangel                    (408) 535-5226

U.S. Pretrial Services Officer         **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

☒   Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge Kandis A. Westmore on February 3, 2026, at 10:30 a.m. in Courtroom 4, 3rd Floor.

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐        Modification(s)

       **A.**
       **B.**

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐        Other Instructions:

_____

_____

**JUDICIAL OFFICER**          January 31, 2026

                             **DATE**